UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAUL OCHOA,
             Plaintiff,

v.

KATIE ZAMBROTTA et al.,
             Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 357 (VB)

      By Order dated March 30, 2020, the Court instructed plaintiff's counsel to notify the Court, by April 20, 2020, and in writing, of the status of the postponed mediation. (Doc. #40).

      Counsel has failed to do so.

      Accordingly, the Court sua sponte extends to May 4, 2020, plaintiff's counsel's time to notify the Court of the status of settlement.

Dated: April 27, 2020
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge